UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS,<br><br>            Plaintiff,<br><br>   v.<br><br>C/O T. MILLER,<br><br>            Defendant.<br>_____ / | No. C 10-1005 SI (pr)<br><br>**ORDER REGARDING UNSERVED DEFENDANT** |

Plaintiff filed a motion to reconsider his request for the court to order the U.S. Marshal to serve process in this civil rights action in which the plaintiff is *not* proceeding *in forma pauperis*. He asks that the Marshal be ordered to serve process at plaintiff's expense because he (plaintiff) cannot find anyone else to serve process. Upon due consideration, plaintiff's motion for reconsideration is GRANTED. (Docket # 20.) The Marshal will serve process on defendant T. Miller at the address provided by plaintiff and plaintiff must pay for the cost of such service. *See* Fed. R. Civ. P. 4(c). The Marshal may bill plaintiff directly or inform the court of the cost of such service.

The clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, the summons, a copy of the complaint and a copy of all orders issued in this case upon **correctional officer T. Miller**, employed at Salinas Valley State Prison.

Defendant T. Miller must file an answer or notice of appearance in this action within **thirty days** of being served with process.

IT IS SO ORDERED.

Dated: September 16, 2011

_____
SUSAN ILLSTON
United States District Judge