**United States District Court**
**For the Northern District of California**

1
2
3
4
5  UNITED STATES DISTRICT COURT
6  NORTHERN DISTRICT OF CALIFORNIA
7
8  GERRY WILLIAMS,                              No. C 10-1005 SI (pr)
9         Plaintiff,                            **ORDER EXTENDING DEADLINES**
10     v.
11  C/O T. MILLER,
12         Defendant.
13  _____/
14     Defendant filed an *ex parte* request for an extension of time to file a dispositive motion.
15  Upon due consideration of the request and the accompanying declaration of attorney Scott
16  Feudale, the court GRANTS the request. (Docket # 34.) The court now sets the following new
17  briefing schedule for dispositive motions:
18     1.   Defendant must file and serve his dispositive motion no later than **August 31,**
19  **2012**.
20     2.   Plaintiff must file and serve on defense counsel his opposition to the dispositive
21  motion no later than **October 5, 2012**.
22     3.   Defendant must file and serve his reply brief (if any) no later than **October 19,**
23  **2012**.
24     IT IS SO ORDERED.
25  Dated: July 2, 2012                          _____
26                                               SUSAN ILLSTON
                                                 United States District Judge
27
28