UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | No. C 10-1005 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINES** |
| v. | |
| C/O T. MILLER, | |
| Defendant. | |

Defendant filed an *ex parte* request for an extension of time to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Scott Feudale, the court GRANTS the request. (Docket # 34.) The court now sets the following new briefing schedule for dispositive motions:

1. Defendant must file and serve his dispositive motion no later than **August 31, 2012**.

2. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **October 5, 2012**.

3. Defendant must file and serve his reply brief (if any) no later than **October 19, 2012**.

IT IS SO ORDERED.

Dated: July 2, 2012

_____
SUSAN ILLSTON
United States District Judge