UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY WILLIAMS, | No. C 10-1005 SI (pr) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR A CONTINUANCE OF SUMMARY JUDGMENT PROCEEDINGS** |
| v. | |
| C/O T. MILLER, | |
| Defendant. | |

Plaintiff has filed a motion for a continuance of defendant's motion for summary judgment so that he may conduct discovery and prepare a response. Upon due consideration, plaintiff's motion for a continuance is DENIED. *See* Fed. R. Civ. P. 56(d). (Docket # 56.)

The court now extends the deadlines for the pending motion for summary judgment: Plaintiff must file and serve his opposition to the motion for summary judgment no later than **December 7, 2012.** By the time this deadline arrives, plaintiff will have had more than three months to prepare his opposition, and no further extensions of this deadline will be granted. Failure to file the opposition by the deadline will result in the motion being treated as unopposed. Defendant must file and serve his reply, if any, no later than **December 14, 2012**.

IT IS SO ORDERED.

Dated: November 8, 2012

_____
SUSAN ILLSTON
United States District Judge