UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERRY D. WILLIAMS,            No. C 10-1005 SI (pr)

      Plaintiff,                        **JUDGMENT**

  v.

T. MILLER,

      Defendant.
                                 /

Judgment is now entered in defendant's favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 15, 2013

                                             SUSAN ILLSTON
                                      United States District Judge