1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    GERRY D. WILLIAMS,                    No. C 10-1005 SI (pr)

9              Plaintiff,                  **JUDGMENT**

10        v.

11   T. MILLER,

12            Defendant.
                                    /
13

14        Judgment is now entered in defendant's favor and against plaintiff.

15

16        IT IS SO ORDERED AND ADJUDGED.

17

18   Dated: March 15, 2013        _____
                                          SUSAN ILLSTON
19                                   United States District Judge

20

21

22

23

24

25

26

27

28